UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN, SOUTHERN DIVISION

\* \* \* \* \* \* \* \* \* \*

IN THE MATTER OF:                                     Case No. DK 09-11008

SIEGHARD GOTTHOLD JANZ                               Chapter 13
SS# xxx-xx-8158
MELISSA LYNN JANZ                                     Filed:        September 18, 2009
SS# xxx-xx-6016                                       Confirmed:    December 16, 2009

      Debtors.
_____/

### CHAPTER 13 PLAN

( ) Original  or  ( ) Amendment No.: __4__   ( ) Pre-Confirmation   ( X ) Post-Confirmation

    Sieghard Gotthold Janz and Melissa Lynn Janz, Debtors, through their attorney, Martin L. Rogalski, P.C. amend their Chapter 13 Plan as follows:

**I.    GENERAL PROVISIONS**

    This Plan will use the term "Debtor" to refer to the person or both persons who filed the Petition in this case. Terms listed after a "( )" are applicable only if the box is checked.

    **A.   PLAN PAYMENT**  The Debtors submit all or such portion of the Debtors' future income to the control of the Trustee as is, or may be necessary, for the execution of the Plan. The Debtor, or the Debtors' employer, shall increase their payment to the Trustee to the sum of __$ 2,158.00__ per month or **$996.00** per **( X ) bi-weekly** period, and all tax refunds received during the life of the Chapter 13 Plan, if plan pays less than 100% to general unsecured creditors. **The amendment will increase funding of the Plan from its current level of $417.00 monthly or $192.46 per bi-weekly pay period.**

    Pursuant to Local Rule 3015(c):  the Debtor shall submit all disposable income directly to the control and supervision of the Trustee. If the Debtor is employed, the payment will be made by

payroll deduction, pursuant to a payroll deduction order.  The Debtor shall notify the Trustee immediately of any change of employment until the Plan is completed.

All other aspects of the Chapter 13 Plan, not in direct conflict with this Amendment, shall remain the same.


Dated: March 3, 2012                             /s/ Sieghard Gotthold Janz
                                                 Sieghard Gotthold Janz, Debtor


Dated: March 3, 2012                             /s/ Melissa Lynn Janz
                                                 Melissa Lynn Janz, Debtor


Dated: March 7, 2012                             /s/ Martin L. Rogalski
                                                 Martin L. Rogalski, Attorney for Debtors